No. 71–5124.   Peterson v. Nevada.   Sup. Ct. Nev.
Certiorari denied.

No. 71–5174.   McNeil v. Director, Patuxent Institution.   C. A. 4th Cir.   Certiorari denied.

No. 71–5360.   Balc v. Ardelean et al.   C. A. 6th
Cir.   Certiorari denied.

No. 71–5362.   Ortiz v. United States.   C. A. 10th
Cir.   Certiorari denied.

No. 71–5366.   Mahler v. United States.   C. A. 9th
Cir.   Certiorari denied.

No. 71–5372.   Strader v. North Carolina.   Ct. App.
N. C.   Certiorari denied.

No. 71–5373.   Nystrom v. United States.   C. A. 9th
Cir.   Certiorari denied.

No. 71–5376.   Wollweber v. United States.   C. A.
5th Cir.   Certiorari denied.

No. 71–5377.   Williams v. Carlson, Director of
U. S. Bureau of Prisons, et al.   C. A. 7th Cir.   Certiorari denied.

No. 71–5378.   Chaney v. United States.   C. A. 3d
Cir.   Certiorari denied.

No. 71–5380.   Galdeira et al. v. Richardson et al.
Sup. Ct. Hawaii and 1st Cir. Ct. Hawaii.   Certiorari
denied.

No. 70–5312.   Lake v. Hale, Warden.   C. A. 5th Cir.
Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted and case set for
oral argument.